No. D–2421. IN RE DISCIPLINE OF ROSTOKER. Michael David Rostoker, of Boulder Creek, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.